sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 08/27/2026, Angela Carlson

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Western District of North Carolina.

Case number: 26-30966

Certificate number: NCW26-309664997161

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance